(Official Form 1) (12/03) West Group, Rochester, NY

| FORM B1 | **United States Bankruptcy Court**<br>_WESTERN_ District of _MISSOURI_ | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**CANTRELL, BRIAN LEE** | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>**CANTRELL, STACY LADAWN** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**NONE** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**NONE** |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **1996** | Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No.<br>(if more than one, state all): **8967** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1325 Cherokee Drive**<br>**Houston MO   65483** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**1325 Cherokee Drive**<br>**Houston MO   65483** |
| County of Residence or of the<br>Principal Place of Business: **Texas** | County of Residence or of the<br>Principal Place of Business: **Texas** |
| Mailing Address of Debtor (if different from street address):<br>**SAME** | Mailing Address of Joint Debtor (if different from street address):<br>**SAME** |

Location of Principal Assets of Business Debtor
(If different from street address above): **NOT APPLICABLE**

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [x] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [ ] Other _____
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- [x] Consumer/Non-Business
- [ ] Business

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

(Official Form 1) (12/03) West Group, Rochester, NY

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s):<br>*BRIAN LEE CANTRELL and*<br>*STACY LADAWN CANTRELL* | **FORM B1, Page 2** |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) |||
|---|---|---|
| Location Where Filed:<br>*NONE* | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>*NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ BRIAN LEE CANTRELL*
Signature of Debtor

X */s/ STACY LADAWN CANTRELL*
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

*10/6/2005*
Date

**Signature of Attorney**

X */s/ Shari K. DeArmon*
Signature of Attorney for Debtor(s)

*Shari K. DeArmon 36321*
Printed Name of Attorney for Debtor(s)

*Groce & DeArmon, PC*
Firm Name

*1705 N. Jefferson*
Address

*Springfield MO 65803*

*(417)862-3706*     *10/6/2005*
Telephone Number     Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit A is attached and made a part of this petition

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X */s/ Shari K. DeArmon*     *10/6/2005*
Signature of Attorney for Debtor(s)     Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

In re *BRIAN LEE CANTRELL*  
    *and*  
*STACY LADAWN CANTRELL*

Case No.  
Chapter *13*

_____ / Debtor

Attorney for Debtor: *Shari K. DeArmon*

## DESIGNATION OF AGENT

COME(S) NOW the Debtor(s) herein, BRIAN LEE CANTRELL and STACY LADAWN CANTRELL and designate(s) the law firm of Groce & DeArmon, PC to act as debtor's agent and attorneys and receive all legal documents in the course of this Chapter 13 Bankruptcy proceeding filed in the United States Bankruptcy Court for the WESTERN District of MISSOURI.

Dated: _____

*/s/ BRIAN LEE CANTRELL*  
*BRIAN LEE CANTRELL, Debtor*

*/s/ STACY LADAWN CANTRELL*  
*STACY LADAWN CANTRELL, Joint Debtor*

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re  **BRIAN LEE CANTRELL**
    **and**
**STACY LADAWN CANTRELL**

Case No.
Chapter **13**

/ Debtor

Attorney for Debtor: **Shari K. DeArmon**

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **2,540.00**
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . . $ **645.00**
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **1,895.00**

3. $ **194.00** of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   **None other**

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   **None other**

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   **None**

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   **None**

Dated: **10/6/2005**    Respectfully submitted,

X **/s/ Shari K. DeArmon**
Attorney for Petitioner: **Shari K. DeArmon**
                     **Groce & DeArmon, PC**
                     **1705 N. Jefferson**
                     **Springfield MO  65803**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

In re *BRIAN LEE CANTRELL*  
  *and*  
*STACY LADAWN CANTRELL*

Case No.  
Chapter *13*

_____ / Debtor

Attorney for Debtor: *Shari K. DeArmon*

### VERIFICATION OF MAILING MATRIX

The above-named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my knowledge and includes the name and address of my ex-spouse (if any).

Date: *10/6/2005*

*/s/ BRIAN LEE CANTRELL*  
Debtor

*/s/ STACY LADAWN CANTRELL*  
Joint Debtor

```
Capital One
P O  Box 790216
St  Louis   MO   63179-0216

Cross Country Bank
P O  Box 17120
Wilmington  DE   19850

First Premier Bank
P O  Box 5147
Sioux Falls   SD   57117-5147

Flagstar Bank
Drawer 641635
P O  Box 64000
Detroit   MI   48264-1635

FNBM
P O  Box 80015
Los Angeles   CA   90080-0015

GE Money Bank
P O  Box 3330
Olathe   KS   66063

Household Credit
P O  Box 5222
Carol Stream   IL   60197-5222

Houston Redi-Mix
P O  Box 110
Houston   MO   65483

Hyde  Cynthia
U S  Attorney
901 St  Louis Street   Ste 500
Springfield   MO   65806

Internal Revenue Service
Dept  of the Treasury
Cincinnati   OH   45999-0025

Juniper Bank
P O  box 8833
Wilmington   DE   19899-8833

Lowes
P O  Box 530914
Atlanta   GA   30353
```

```
LTD Commodities  LLC
P O  Box 702
Bannockburn  IL  60015-0702

Missouri Dept  of Revenue
P O  Box 385
Jefferson City  MO  65105-0385

MTC Hogan
c/o Universal Account Service
P O  Box 131390
Carlsbad  CA  92013

NCO Financial
P O  Box 7590
Dept  64
Hampton  VA  23666

Partners Financial
P O  Box 3448
Ballwin  MO  63022

Ross Lumber
105 E  Walnut
Houston  MO  65483

Shook  John & Debbie
9650 Hwy E
Houston  MO  65483

Special Asst  Attorney General
P O  Box 475
Jefferson City  MO  65105-0475

TCMH Clinic
1333 S  Sam Houston Boulevard
Houston  MO  65483

Texas Co  Memorial Hospital
1333 S  Sam Houston Blvd
Houston  MO  65483

U S  Cellular
P O  Box 0203
Palatine  IL  60055-0203
```